Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−12440−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rukhsana Javed
   aka Rukhsana Bibi
   186 Benjamin Avenue
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−0078

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:             6/8/22
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: April 27, 2022
JAN: pbf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                 Case No. 22-12440-MBK
Rukhsana Javed                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                     User: admin                                     Page 1 of 3
Date Rcvd: Apr 27, 2022                                  Form ID: 132                                    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rukhsana Javed, 186 Benjamin Avenue, Iselin, NJ 08830-2049 |
| 519540926 | + | Asset Acceptance c/o, Fulton, Friedman & Gullace, 35 Journal Square, Ste. 401, Jersey City, NJ 07306-4007 |
| 519540928 | + | Chase Bank USA c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519540930 | + | Discover Bank c/o, Eltman Law PC, 101 Hudson Street, 27th Floor, Jersey City, NJ 07302-3915 |
| 519540931 |   | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519540932 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519540934 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519540933 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519540935 | + | Federal National Mortgage Association, c/o KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 519540939 |   | LVNV Funding, 915 Armstrong Blvd., Apt. 1B, Ocean, NJ 07712-2410 |
| 519540940 | + | LVNV Funding c/o, Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519540947 | + | Mohammad J. Malik, 186 Benjamin Avenue, Iselin, NJ 08830-2049 |
| 519540951 | + | Raritan Bay Medical Center, 530 New Brunswick Avenue, Perth Amboy, NJ 08861-3685 |
| 519540950 | + | Raritan Bay Medical c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519540952 | + | Retail Recovery Service of NJ c/o, Meisenbacher and Sons, 739 East Main Street, Bridgewater, NJ 08807-3339 |
| 519540953 | + | Retail Recovery Services NJ Inc., 190 Moore Street, Hackensack, NJ 07601-7418 |
| 519540954 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519540955 |   | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519540956 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519540957 | + | Vanz LLC, Att: Philip Kahn, Esq., Fein, Such, Kahn & Shepard, 7 Century Drive - Suite 201, Parsippany, NJ 07054-4673 |
| 519540958 | + | Vanz LLC, 577 Hamburg Turnpike, Wayne, NJ 07470-2042 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 27 2022 20:41:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd. 5th floor, Miami, FL 33146-1873 |
| 519540924 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Apr 27 2022 20:42:00 | Asset Acceptance, PO Box 1630, Warren, MI 48090-1630 |
| 519540925 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Apr 27 2022 20:42:00 | Asset Acceptance, 28405 Van Dyke, Warren, MI 48093-7132 |
| 519540929 | | Email/Text: mrdiscen@discover.com | Apr 27 2022 20:41:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 519540936 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 27 2022 20:41:00 | Federal National Mortgage Association, c/o Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 519540937 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 27 2022 20:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519540927 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 20:54:37 | Chase Bank USA, POB 15153, Wilmington, DE 19886-5153 |
| 519540938 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 20:54:41 | LVNC Funding c/o, Resurgent Captial Services, PO Box 10675, Greenville, SC 29603-0675 |
| 519540941 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 20:54:51 | LVNV Funding LLC, 200 Meeting St, Greenville, SC 29615-5833 |
| 519549007 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2022 20:42:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 519540942 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2022 20:42:00 | Midland Credit Management as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 519540943 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2022 20:42:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519540945 | + | Email/Text: signed.order@pfwattorneys.com | Apr 27 2022 20:42:00 | Midland Funding LLC c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519540948 | + | Email/PDF: bankruptcy@ncfsi.com | Apr 27 2022 20:54:49 | New Cenrrury Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 519540949 | | Email/Text: signed.order@pfwattorneys.com | Apr 27 2022 20:42:00 | New Century Financial Services, c/o Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540944 | *+ | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519540946 | *+ | Midland Funding LLC c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

David G. Beslow
on behalf of Debtor Rukhsana Javed yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4