Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 22−12440−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rukhsana Javed
   aka Rukhsana Bibi
   186 Benjamin Avenue
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−0078

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/8/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 9, 2022
JAN: bwj

> Jeanne Naughton
> Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-12440-MBK
Rukhsana Javed                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 3
Date Rcvd: Jun 09, 2022       Form ID: 148               Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rukhsana Javed, 186 Benjamin Avenue, Iselin, NJ 08830-2049 |
| 519540926 | + | Asset Acceptance c/o, Fulton, Friedman & Gullace, 35 Journal Square, Ste. 401, Jersey City, NJ 07306-4007 |
| 519540928 | + | Chase Bank USA c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519540930 | + | Discover Bank c/o, Eltman Law PC, 101 Hudson Street, 27th Floor, Jersey City, NJ 07302-3915 |
| 519540935 | + | Federal National Mortgage Association, c/o KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 519566929 | | Frank J. Festa, P.O. Box 97, Scotch Plains, NJ 07076-0097 |
| 519566930 | + | GLIA Group LLC, 1662 E. 24th St., Brooklyn, NY 11229-2402 |
| 519540939 | | LVNV Funding, 915 Armstrong Blvd., Apt. 1B, Ocean, NJ 07712-2410 |
| 519540940 | + | LVNV Funding c/o, Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519540947 | + | Mohammad J. Malik, 186 Benjamin Avenue, Iselin, NJ 08830-2049 |
| 519540951 | + | Raritan Bay Medical Center, 530 New Brunswick Avenue, Perth Amboy, NJ 08861-3685 |
| 519540950 | + | Raritan Bay Medical c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519540952 | + | Retail Recovery Service of NJ c/o, Meisenbacher and Sons, 739 East Main Street, Bridgewater, NJ 08807-3339 |
| 519540953 | + | Retail Recovery Services NJ Inc., 190 Moore Street, Hackensack, NJ 07601-7418 |
| 519540954 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519540958 | + | Vanz LLC, 577 Hamburg Turnpike, Wayne, NJ 07470-2042 |
| 519540957 | + | Vanz LLC, Att: Philip Kahn, Esq., Fein, Such, Kahn & Shepard, 7 Century Drive - Suite 201, Parsippany, NJ 07054-4673 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | EDI: LCIBAYLN | Jun 10 2022 00:38:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd. 5th floor, Miami, FL 33146-1873 |
| 519540924 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jun 09 2022 20:42:00 | Asset Acceptance, PO Box 1630, Warren, MI 48090-1630 |
| 519540925 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jun 09 2022 20:42:00 | Asset Acceptance, 28405 Van Dyke, Warren, MI 48093-7132 |
| 519626580 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 09 2022 20:41:00 | Community Loan Servicing, LLC f/k/a Bayview Loan S, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 519540929 | | EDI: DISCOVER.COM | Jun 10 2022 00:38:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 519540931 | ^ | MEBN | Jun 09 2022 20:40:51 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519540932 | ^ | MEBN | Jun 09 2022 20:40:52 | Equifax Credit Info. Services,Inc., P.O. Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 740241, Atlanta, GA 30374-0241 |
| 519540933 | ^ | MEBN | Jun 09 2022 20:42:00 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519540934 | ^ | MEBN | Jun 09 2022 20:41:35 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519540936 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 09 2022 20:41:00 | Federal National Mortgage Association, c/o Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 519540937 | | EDI: IRS.COM | Jun 10 2022 00:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519540927 | | EDI: JPMORGANCHASE | Jun 10 2022 00:38:00 | Chase Bank USA, POB 15153, Wilmington, DE 19886-5153 |
| 519540938 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 20:46:11 | LVNC Funding c/o, Resurgent Captial Services, PO Box 10675, Greenville, SC 29603-0675 |
| 519540941 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 20:46:11 | LVNV Funding LLC, 200 Meeting St, Greenville, SC 29615-5833 |
| 519572741 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 20:46:10 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519549007 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2022 20:42:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 519540942 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2022 20:42:00 | Midland Credit Management as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 519540943 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2022 20:42:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519540945 | + | Email/Text: signed.order@pfwattorneys.com | Jun 09 2022 20:41:00 | Midland Funding LLC c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519540948 | + | Email/PDF: bankruptcy@ncfsi.com | Jun 09 2022 20:46:08 | New Centrury Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 519540949 | | Email/Text: signed.order@pfwattorneys.com | Jun 09 2022 20:41:00 | New Century Financial Services, c/o Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519540955 | ^ | MEBN | Jun 09 2022 20:41:44 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519540956 | ^ | MEBN | Jun 09 2022 20:41:47 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519566931 | + | Email/Text: tburke@tcmfund.com | Jun 09 2022 20:42:00 | US Bank as Cust. for Tower DBW, 50 S. 16th St., Ste. 1950, Philadelphia, PA 19102-2516 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540944 | *+ | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519540946 | *+ | Midland Funding LLC c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 09, 2022 | Form ID: 148 | Total Noticed: 43 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David G. Beslow | on behalf of Debtor Rukhsana Javed yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4